No. 80–5463. MARTIN-TRIGONA *v.* GOULETAS ET AL. C. A. 7th Cir. Certiorari denied. JUSTICE STEVENS took no part in the consideration or decision of this petition. ■